UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:19-cv-81644-RKA

THE FLORIDA ATLANTIC UNIVERSITY BOARD
OF TRUSTEES,

    Plaintiff,

vs.

NEIL PARSONT, individually, and OWL TUTORING,
INC., a Florida corporation,

    Defendants.
_____/

**PLAINTIFF THE FLORIDA ATLANTIC UNIVERSITY BOARD
OF TRUSTEES' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, THE FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES, by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order dated January 28, 2020 [D.E. #12], hereby files its Certificate of Interested Parties and Corporate Disclosure Statement, and states as follows:

Florida Atlantic University is a public university and member of the state university system of Florida. The Florida Atlantic University Board of Trustees discloses the following persons, associated persons, firms, partnerships, and/or corporations that may have a financial interest in the outcome of this case:

    1.    The Florida Atlantic University Board of Trustees – Plaintiff

    2.    Florida Atlantic University

    3.    Fox Rothschild LLP – Counsel for Plaintiff

    4.    Amy S. Rubin – Counsel for Plaintiff

107610595.v1

5. Megan A. McNamara – Counsel for Plaintiff

6. Neil Parsont – Defendant

7. Owl Tutoring, Inc. – Defendant

8. Smith, Gambrell & Russell LLP – Counsel for Defendants

9. Richard D. Rivera – Counsel Defendants

10. James L. Bikoff – Counsel for Defendants

11. Holly B. Lance – Counsel for Defendants

Dated: February 14, 2020

        Fox Rothschild LLP
        777 South Flagler Drive
        Suite 1700 West Tower
        West Palm Beach, FL 33401
        Telephone: (561) 835-9600
        Facsimile: (561) 835-9602

By: *s/ Megan A. McNamara*
        Amy S. Rubin
        Florida Bar No: 476048
        arubin@foxrothschild.com
        Megan A. McNamara
        Florida Bar No: 112636
        mmcnamara@foxrothschild.com

*Attorneys for Plaintiff, the Florida Atlantic University Board of Trustees*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

By: *s/ Megan A. McNamara*
        Megan A. McNamara

## SERVICE LIST

The Florida Atlantic University Board of Trustees v. Neil Parsont and Owl Tutoring, Inc.
Case No.: 9:19-cv-81644-RKA

| *Via CM/ECF* | *Via CM/ECF* |
|---|---|
| Amy S. Rubin, Esq.<br>Megan A. McNamara, Esq.<br>Fox Rothschild LLP<br>777 S. Flagler Drive<br>Suite 1700 – West Tower<br>West Palm Beach, FL 33401<br>arubin@foxrothschild.com<br>mmcnamara@foxrothschild.com<br>Telephone: (561) 835-9600<br>Facsimile:  (561) 835-9602<br><br>*Counsel for Plaintiff, The Florida Atlantic University Board of Trustees* | Richard D. Rivera, Esq.<br>Smith, Gambrell & Russell LLP<br>50 N. Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>rrivera@sgrlaw.com<br>Telephone: (904) 598-6107<br>Facsimile:  (904) 598-6207<br><br>James L. Bikoff, Esq.<br>Holly B. Lance, Esq.<br>Smith, Gambrell & Russell LLP<br>1055 Thomas Jefferson St. NW, Suite 400<br>Washington, DC  20007<br>jbikoff@sgrlaw.com<br>hlance@sgrlaw.com<br>Telephone: (202) 263-4300<br>Facsimile:  (202) 263-4329<br><br>*Counsel for Defendants, Neil Parsont and Owl Tutoring, Inc.* |

107610595.v1